[No. 11513-1-II.   Division Two.   September 13, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MAGDELANO MEDINA, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 87-1-00076-1, David E. Foscue, J., entered November 3, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 10872-1-II.   Division Two.   September 13, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BURTIS DUANE HUNT, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86-1-00337-9, Milton R. Cox, J., entered February 26, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 10814-3-II.   Division Two.   September 13, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BOBBY L. BINFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86-1-00300-6, Paula Casey, J., entered February 13, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.